LEE TRAN & LIANG APLC
Steven R. Hansen California Bar No. 198401
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
E-mail: srh@ltlcounsel.com; ehl@ltlcounsel.com

Attorneys for Defendant
Envisiontec GmbH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX SHPISMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENVISIONTEC GmbH, an entity of unknown origin, ENVISIONTEC, INC., a Michigan corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. CV10 8355 R (PJWx)<br><br>Hon. Manuel L. Real<br><br>**DECLARATION OF ALI EL-SIBLANI IN SUPPORT OF DEFENDANT ENVISIONTEC GMBH'S MOTION TO DISMISS PLANTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>**DATE:** February 7, 2011<br>**TIME:** 10:00 a.m.<br>**CTRM:** 8 |

1

I, Ali El-Siblani, declare:

1. I am the Chief Executive Officer of Envisiontec GmbH, a named defendant in the above-captioned lawsuit. I am also Chief Executive Officer of Envisiontec, Inc., also a named defendant in the above-captioned lawsuit. I have residences in Michigan and Germany. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath.

2. Envisiontec GmbH is a German company with headquarters in Gladbeck, Germany. Envisiontec GmbH's business involves "rapid prototyping," which is an automated process for making a three-dimensional object from a solidifiable material based on a computer representation of the object.

3. Envisiontec GmbH is not incorporated in any state in the United States and is not registered to do business in any state in the United States. It maintains no offices, plants, or facilities in the United States and does not lease or own any property in the United States. It has not filed a lawsuit in the U.S. and has no bank accounts in any U.S. state. Envisiontec GmbH has not appointed an agent to receive service of process in any U.S. state.

4. Envisiontec GmbH does not maintain a mailing address or phone number in any U.S. state. Nor does it solicit customers, advertise, design, market, or sell products in any U.S. state.

5. Envisiontec, Inc. is a Michigan Corporation with facilities in Ferndale, Michigan and Gardena, California. Envisiontec, Inc. and Envisiontec GmbH are not related to one another as parent and subsidiary. They are separate companies.

6. Plaintiff Alex Shpisman was retained by Envisiontec, Inc. in 2006. He was never retained by and performed no services for Envisiontec GmbH. At the time he was retained, Envisiontec, Inc.'s California facility was located in Torrance, California. It later relocated to Gardena, California.

7. Envisiontec, Inc. makes rapid prototyping devices sold under the names "Vanquish," "Xede," and "Ultra." Envisiontec, Inc. is the only company that distributes the Vanquish and Xede devices in the United States. Z-Corp. exclusively distributes the Ultra device to a limited market in the United States and Envisiontec, Inc. exclusively distributes the Ultra to all other U.S. markets. Envisiontec GmbH is an independent distributor of these devices outside the United States and purchases them from Envisiontec, Inc. for sale abroad. Envisiontec, Inc. ships these devices with their software pre-loaded to Envisiontec GmbH in Germany. Envisiontec GmbH does not manufacture these devices and does not sell them in the United States.

8. Envisiontec GmbH makes a rapid prototyping device called "Perfactory" in Germany. Envisiontec, Inc. is an independent and exclusive U.S. distributor of the Perfactory in the United States. Envisiontec, Inc. buys Perfactory devices from Envisiontec GmbH and sells them in the United States. Envisiontec, Inc. does not manufacture the Perfactory device.

9. Mr. Alexandr Shkolnik is an Envisiontec, Inc. design engineer who resides in California and works at the Envisiontec, Inc. facility in Gardena, California. In 2008, Mr. Shkolnik was appointed Chief Technology Officer for Envisiontec GmbH. His duties as Chief Technology Officer involve discussing product refinements and features for a software package known as the "Perfactory Software Suite" with other Envisiontec GmbH personnel. The Perfactory Software Suite is used to process certain types of data files that represent three-dimensional objects into a format used by a digital light projector to solidify a polymer resin into a desired object shape. This program is not mentioned in and does not relate to the programs or program functions mentioned in Plaintiff's First Amended Complaint.

10. It was solely in his role as an Envisiontec, Inc. employee that Mr. Shkolnik interacted with Alex Shpisman. Mr. Shkolnik did not conduct Envisiontec

1  GmbH business with Mr. Shpisman or interact with Mr. Shpisman in his role as
2  Envisiontec GmbH's Chief Technical Officer. Mr. Shkolnik's Envisiontec GmbH-
3  related activities in California were and are limited to conducting a daily
4  videoconference call over the internet with Envisiontec GmbH employees based in
5  Germany. He also travels to Germany periodically to meet with them. Because of
6  the time change between California and Germany, Mr. Shkolnik typically conducts
7  the daily conference call before Envisiontec, Inc. business hours from his residence,
8  not from the Envisiontec, Inc. facility in Gardena.

9      11.   Mr. Shkolnik is the only employee of Envisiontec GmbH domiciled in
10 California. Other than myself and Mr. Shkolnik, no other Envisiontec GmbH
11 employees are domiciled in the United States.

13     I declare under penalty of perjury under the laws of the United States that the
14 foregoing is true and correct.
15     Executed on this the 29 day of December 2010 at Ferndale, Michigan.

                      Ali El-Siblani

DECL OF ALI EL-SIBLANI ISO MOTION TO
DISMISS FOR LACK OF PERSONAL
JURISDICTION