1 | LEE TRAN & LIANG APLC
Steven R. Hansen California Bar No. 198401
2 | Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 4025
3 | Los Angeles, CA 90017
Telephone: (213) 612-3737
4 | Facsimile: (213) 612-3773
E-mail: srh@ltlcounsel.com; ehl@ltlcounsel.com
5
Attorneys for Defendant
6 | Envisiontec GmbH

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **WESTERN DIVISION**

11

12 | ALEX SHPISMAN, an individual,

13 | Plaintiff,

14 | v.

15 | ENVISIONTEC GmbH, an entity of
unknown origin, ENVISIONTEC, INC., a
16 | Michigan corporation, and DOES 1 through
10,
17
Defendants.
18

19

20

21

22

23

24

25

26

27

28

Case No. CV10 8355 R (PJWx)

Hon. Manuel L. Real

**REPLY DECLARATION OF ALI
EL-SIBLANI IN SUPPORT OF
DEFENDANT ENVISIONTEC
GMBH'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED
COMPLAINT FOR LACK OF
PERSONAL JURISDICTION**

**DATE:** February 7, 2011
**TIME:** 10:00 a.m.
**CTRM:** 8

A.S.

1

1       I, Ali El-Siblani, declare:

2       1.    I am the Chief Executive Officer of Envisiontec GmbH, a named

3 defendant in the above-captioned lawsuit. I am also Chief Executive Officer of

4 Envisiontec, Inc., also a named defendant in the above-captioned lawsuit. I have

5 residences in Michigan and Germany. I have personal knowledge of the facts set

6 forth herein and, if called as a witness, could and would testify competently thereto

7 under oath.

8       2.    As mentioned in my previous declaration in support of Envisiontec

9 GmbH's Motion to Dismiss, Plaintiff Alex Shpisman was retained by Envisiontec,

10 Inc. in 2006. He was never retained by and performed no services for Envisiontec

11 GmbH. Attached as Exhibit A hereto are Mr. Shpisman's final three paychecks

12 which identify Envisiontec, Inc. as the payor.

13       3.    As mentioned in my previous declaration, Envisiontec, Inc. makes

14 rapid prototyping devices sold under the names "Vanquish," "Xede," and "Ultra."

15 Envisiontec, Inc. is the only company that distributes the Vanquish and Xede

16 devices in the United States. Z-Corp. non-exclusively distributes the Ultra device to

17 a limited market in the United States and Envisiontec, Inc. exclusively distributes

18 the Ultra to all other U.S. markets. Envisiontec GmbH is an independent distributor

19 of these devices outside the United States and purchases them from Envisiontec, Inc.

20 for sale abroad. Envisiontec, Inc. ships these devices with their software pre-loaded

21 to Envisiontec GmbH in Germany. Envisiontec GmbH does not manufacture these

22 devices and does not sell them in the United States.

23       4.    Attached as Exhibit B hereto is a true and correct copy of relevant

24 excerpts of a Distributorship Agreeement between Envisiontec GmbH and

25 Envisiontec, Inc. In the Distributorship Agreement, Envisiontec GmbH is referred

26 to simply as "Envisiontec," while Envisiontec, Inc. is referred to as "Distributor"

27 because the main focus of the agreement concerns Envisiontec, Inc.'s distribution of

28

2

A.S

REPLY DECL OF ALI EL-SIBLANI ISO
MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION

1   the Perfactory device made by Envisiontec GmbH in the U.S.A.  Paragraph 19 of

2   the Distributorship Agreement provides that Envisiontec, Inc. will supply the

3   Vanquish device to Envisiontec GmbH for sale outside of the U.S.  Exhibit B

4   includes commercially sensitive information that is not relevant to the issue of

5   which entity makes the Vanquish which has been redacted to maintain its

6   confidentiality.

7        5.     Attached as Exhibit C hereto is true and correct copy of a January 2009

8   Addendum to the Exhibit B Distributorship Agreement which concerns the Xtreme

9   and Xede devices.  As Exhibit C indicates, Envisiontec, Inc. supplies Xede and

10  Xtreme to Envisiontec GmbH.

11       6.     Attached as Exhibit D hereto is a true and correct copy of a December

12  2008 Addendum to the Exhibit B Distributorship Agreement which concerns the

13  Ultra device.  As Exhibit D indicates, Envisiontec, Inc. supplies the Ultra to

14  Envisiontec GmbH.

15       7.     Attached as Exhibit E hereto is a true and correct copy of a January

16  2010 Invoice from Envisiontec, Inc. to Envisiontec GmbH for an Ultra device

17  supplied by Envisiontec, Inc. with pricing information redacted.

18       8.     Envisiontec, Inc. and Envisiontec GmbH share a common website

19  which can be accessed via both www.envisiontec.com and www.envisiontec.de

20  website addresses (the "Website").  Throughout much of the Website the word

21  "Envisiontec" is used without specifying one entity versus the other.  This is done

22  because the Website is global while the companies' products and distribution

23  channels are specific and distinct.  The Website does not identify which particular

24  entity manufactures which particular product.  Instead, the site mentions the

25  distributors for various products. The "Contact Us" page directs customers located

26  outside of North America to Envisiontec GmbH and those inside North America to

27  Envisiontec, Inc.  A true and correct copy of the "Contact Us" page from the

28

                                                 3

1   Website is attached as Exhibit F hereto.

2       9.      The Website includes a May 6, 2009 press release for the Ultra rapid
3   prototyping device. A true and correct copy of the press release is attached as
4   Exhibit G hereto. At the bottom of the press release, North American customers are
5   directed to contact Envisiontec, Inc. at its Ferndale, Michigan location. Customers
6   outside North America are directed to Envisiontec GmbH. The press release does
7   not state which entity manufactures the Ultra.

8       10.     Plaintiff attached an Ultra advertisement as Exhibit F to the Declaration
9   of Eugene Rome, dated January 14, 2011 (Dkt. 15-1). The bottom of the
10  advertisement identifies the "USA Distributor" at 1100 Hilton Road in Ferndale,
11  Michigan and at 248-582-0038. This is the address and phone number of
12  Envisiontec, Inc. Those outside of the U.S. are directed to Envisiotnec GmbH in
13  Gladbeck, Germany. For the Court's reference, I have attached a more legible and
14  true and correct copy of the Ultra advertisement as Exhibit H hereto.

15      11.     The Website refers to an Agreement between Envisiontec, Inc. and Z-
16  Corp for the distribution of the Ultra device. The Website does not identify which
17  Envisiontec entity entered into the agreement with Z-Corp. However, the agreement
18  is between Envisiontec, Inc. and Z-Corp. Envisiontec GmbH is not a party to it. A
19  true and correct copy of the first and last pages of the Envisiontec, Inc.-Z Corp.
20  Agreement is attached as Exhibit I hereto. As Exhibit I indicates, the Agreement
21  was entered into in Michigan and Massachusetts. The Ultra devices supplied to Z-
22  Corp. pursuant to the agreement are shipped to Z-Corp. from Envisiontec, Inc.'s
23  Gardena, California facility.

24      12.     In 2008, 3D Systems, Inc. filed a lawsuit against Envisiontec, Inc. in
25  the U.S. District Court for the Eastern District of Michigan (the "3D Lawsuit"). In
26  the 3D Lawsuit, 3D Systems alleged that I attended a trade show held by the
27  American Audiology Association ("AAA") in Charlotte, North Carolina. I did

28                                          4

_AS._

REPLY DECL OF ALI EL-SIBLANI ISO
MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION

1  attend portions of the trade show on behalf of Envisiontec, Inc., not on behalf of
2  Envisiontec GmbH. Attached as Exhibit J hereto is an Amended Complaint for
3  Declaratory Judgment filed by 3D Systems in the 3D Lawsuit. Paragraph 13 of the
4  Amended Complaint states that the AAA trade show was held in Charlotte, North
5  Carolina. Attached as Exhibit L hereto is a true and correct copy of an Exhibit
6  Space Confirmation Statement issued by the AAA and an Exhibit Space Application
7  and Contract submitted to the AAA. Both the Confirmation Statement and the
8  Application/Contract identify Envisiontec, Inc. as the exhibitor. Neither I nor other
9  Envisiontec GmbH employees have attended U.S. trade shows on behalf of
10  Envisiontec GmbH.

11     13.    Attached as Exhibit K hereto is a true and correct copy of a signed
12  Exhibitor and Sponsor Application and Contract for the SolidWorks World 2011
13  trade show in San Antonio, Texas from January 23, 2011-January 26, 2011. The
14  application identifies the exhibitor as Envisiontec and provides the address for
15  Envisiontec, Inc. in Ferndale, Michigan.

16

17     I declare under penalty of perjury under the laws of the United States of
18  America that the foregoing is true and correct.

19     Executed on this the $\partial 4$ day of January 2011 at Gladbeck, Germany.

20

21

22  Ali El-Siblani

23

24

25

26

27

28

5

# EXHIBIT  A





Ref. No.: 813006092664146   Amount: 5,834.00

EXHIBIT A
PG. 000006

ENVISIONTEC, INC.
1100 HILTON ROAD
FERNDALE, MI 48220
PH. (248) 542-0018

BANK OF AMERICA
Troy, Michigan 48084

5001

3/3/2009

PAY
TO THE
ORDER OF   Alex Shpizman                                    $ **5,834.00

Five Thousand Eight Hundred Thirty-Four and 00/100****************************************** DOLLARS

ASNT Services
Alex Shpizman
1333 Western Avenue
Glendale, CA 91201

MEMO   Feb 2009

Ref. No.: 813008692240149   Amount: 5,834.00

## Check Image - Continued

Account Number: 0036 4400 3133



ENVISIONTEC, INC.
13771 FITZER ROAD
FERNDALE, MI 48220
PH: (248) 542-0880

BANK OF AMERICA
Troy, Michigan 48084

9-60 720

1/23/2009

PAY
TO THE
ORDER OF   Alex Shpizman

$   *5,834.00

Five Thousand Eight Hundred Thirty Four and 00/100***********   DOLLARS

ASNT Services
Alex Shpizman
1333 Western Avenue
Glendale, CA 91201

MEMO     Jan 2009

Ref. No.: 813004192681767   Amount: 5,834.00

# EXHIBIT  B

DISTRIBUTORSHIP AGREEMENT

between

ENVISIONTEC   Gmbh referred to as ENVISIONTEC , the manufacturer

and

ENVISIONTEC, Inc. referred to as the distributor

ENVISIONTEC
ADDRESS:
Elbestraße 10,
D-45768, Marl
Germany

DISTRIBUTOR ADDRESS:
ENVISIONTEC, Inc
1100 Hilton Street
Ferndale, MI 48820

EFFECTIVE DATE:                Jan. 1, 2004

equipment.

**Additional Commitments required by Distributor as a special Arrangement between Distributor and ENVISIONTEC**



(19) Distributor shall supply the Vanquish System exclusively to ENVISIONTEC for sales outside the United States of America at a cost of ████████ Euros per machine, FOB Torrance, California.





    (f)  Legal Expenses.  The prevailing party in any legal action brought by one party against the other and arising out of this Agreement shall be entitled, in addition to any other rights and remedies it may have, to reimbursement for its expenses, including court costs and reasonable attorneys' fees.

    (g)  Counterparts.  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one instrument.

ENVISIONTEC GmbH

Signature: _____

Name: Hendrik John

Title: Managing Director

Date: 01.01.2004

ENVISIONTEC, Inc.

Signature: _____

Name: A. El-Siblani

Title: Managing Director, CEO

Date: 01.01.2004

# EXHIBIT  C

Envisiontec GmbH
Brüsseler Str. 51
D-45968 Gladbeck
Fon : +49 2043 9875 - 0
Fax : +49 2043 9875 - 99
info@envisiontec.de
www.envisiontec.de

Geschäftsführer :
Ali El-Siblani,
Martin Forth  (interim)

Addendum

To Distribution Contract between

Envisiontec GmbH, Gladbeck, Germany

And

Envisiontec Inc., Ferndale, MI USA



Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.: HR B 7173
Amtsgericht Gelsenkirchen
Steuer-Nr. : 359/5711/2600
UST-ID-Nr.: DE 813668162
Commerzbank Dorsten
BLZ: 360 400 39
Konto: 63 16 111

Brief-allgemein.doc

EXHIBIT C
PG. 000012

01.01.2009
Seite 2 von 2

This addendum is considered an integral part oft he Distribution contract between

Envisiontec GmbH, Brüsslerstr. 51, 45968 Gladbeck
and
Envisiontec Inc., 1100 Hilton Street, Ferndale, MI 48820 dated 01.01.2004

Envisiontec GmbH herewith grants Envisiontec Inc. the non exclusive software license to bunde the Perfactory software suite with all machines manufactured by Envisiontec Inc.

In return Envisiontec In. will offer Xtreme / Xede to Envisiontec GmbH with a discount price of 35% from the agreed list price.

All other terms of the Distribution Agreement will remain valid.

Envisiontec Inc.                          Envisiontec GmbH

Signature:                                Signature:

Name: Ali El Siblani                      Name: Martin Forth

Title: CEO                                Title: Managing Director interim, VP Sales

Date:  01.01.2009                         Date: 01.01.2009

Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.: HR B 7173
Amtsgericht Gelsenkirchen
Steuer-Nr. : 359/5711/2600
UST-ID-Nr.: DE 813668162
Commerzbank Dorsten
BLZ: 360 400 39
Konto: 63 16 111

EXHIBIT C
PG. 000013

# EXHIBIT  D

12.06.2008
Seite 2 von 2

This addendum is considered an integral part of the Distribution contract  between

Envisiontec GmbH, Brüsslerstr. 51, 45968 Gladbeck
and
Envisiontec Inc., 1100 Hilton Street, Ferndale, MI 48820 dated 01.01.2004

Envisiontec GmbH herewith grants Envisiontec Inc. the non exclusive software license to bundle the Perfactory software suite with all machines manufactured by Envisiontec Inc.

In return Envisiontec Inc. will offer ULTRA to Envisiontec GmbH with a discount price of 35%  from the agreed list price.

All other terms of the Distribution Agreement will remain valid .

Envisiontec Inc.

Signature:

Name: Ali El-Siblani

Title: CEO

Date: 12.06.2008

Envisiontec GmbH

Signature:

Name: Martin Forth

Title: Managing Director interim, VP Sales

Date 12.06.2008



**envision**TEC.

EXHIBIT D
PG. 000014

Envisiontec GmbH
Brüsseler Str. 51
D-45968 Gladbeck
Fon : +49 2043 9875 - 0
Fax : +49 2043 9875 - 99
info@envisiontec.de
www.envisiontec.de

Geschäftsführer :
Ali El-Siblani,
Martin Forth  (interim)

Addendum

To Distribution contract between

Envisiontec GmbH, Gladbeck, Germany

And

Envisiontec Inc., Ferndale, MI, USA



Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.: HR B 7173
Amtsgericht Gelsenkirchen
Steuer-Nr. : 359/5711/2600
UST-ID-Nr.: DE 813668162
Commerzbank Dorsten
BLZ: 360 400 39
Konto: 63 16 111

Addendum_to_Distribution_contra

# EXHIBIT  E



# INVOICE

1100 Hilton Road
Ferndale, MI 48220
Phone: 248-582-0038  Fax: 248-582-0039

www.envisiontec.com

| Date | Invoice # |
|------|-----------|
| 1/25/2010 | 11354 |

PAID

**Bill To**

Envisiontec Gmbh
Ingrid Hanny
brussler strabe 51
Gladbeck, germany D-45968

**Ship To**

Envisiontec Gmbh
brussler strabe 51
Gladbeck, germany D-45968

| P.O. No. | Terms | Ship Via | FOB |
|----------|-------|----------|-----|
| 709150012 | N/A | Schenker | GARDENA, CA |

| Item | Description | Qty | Unit Price | Amount |
|------|-------------|-----|-----------|--------|
| T01-ULTRA110V-01 | ULTRA DESKTOP SYSTEM<br>Build envelope is 10.4 x 6.5 x 8<br>RESOLUTION 1920 X 1200 PIXELS<br>DYNAMIC VOXEL THICKNESS Z  20 TO 100 MICRONS<br><br>ONE YEAR WARRANTY COVERING ALL PARTS &<br>LABOR | 1 | ▮ | ▮ |
| W-ZU-HARZ1KG… | NanoCure RC 31, nanoparticle filled material<br>***SHAKE BEFORE USING***<br><br>SHIPPING SEPARATELY & INVOICING SEPERATELY<br>FROM ET - FERNDALE, MI | 0 | ▮ | ▮ |
| Crating Fee | CRATING FEE FOR ULTRA MACHINE | 1 | ▮ | ▮ |
| CREDIT<br>Euros | Invoice subtotal for line item(s)<br>Apply to Envisiontec, GmbH payables<br>**THIS INVOICE IS IN EUROS** | | ▮ | ▮ |

| | |
|---|---|
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $0.00 |

# EXHIBIT  F

Legal Notice
Home

Search

| Company | Technical Branches | Medical Branches | Machines | Materials | Technology | News & Events | Online Services |

asdf



Corporate Headquarters in Gladbeck, Germany

## Please contact us...

If you like to get general information about envisionTEC and it´s products or if there are specific questions left, do not hesitate to contact us:

*Distribution outside North America*

# Corporate Headquarters

### envisionTEC GmbH

Brüsseler Straße 51
D-45968 Gladbeck
Germany

Phone +49 2043 9875-0
Fax +49 2043 9875-99

Contact: Martin Forth
info@envisiontec.de

---

*Distribution in North America*

### envisionTEC, Inc.

1100 Hilton Road
Ferndale, MI 48220
USA

Phone: +1-248-582-0038
Fax: +1-248-582-0039

Contact: Al Siblani
asiblani@envisiontec.com

EXHIBIT F
PG. 000017
1/21/2011

### Trade-up to ULTRA™ HD

*October 22, 2010 -* You deserve the best quality parts from your 3 Dimensional Printer - trade up now to an EnvisionTEC ULTRA™HD Parts Builder!  It offers... [more]

### Z Corp distribution agreement

*May 19, 2010 -* Z Corp has signed a non exclusive global distribution agreement to sell the Envisiontec Ultra machine under the "ZBuilder ULTRA" brand. [more]

### Deltamed receives "Certificate of Appreciation"

*June 19, 2009 -* Deltamed receives the a "Certificate of Appreciation" from EnvisionTEC Gmbh for "Reliable Partner". "We are very happy with the quality of the... [more]

### SolidWorks World

*January 23, 2011 -* See us at SolidWorks World, Booth #301, from January 23 through January 26, 2011, in San Antonio, Texas.  We look forward to seeing you.  [more]

**"You know now I have worked with and have experience in ALL machines...milling machines, Roland, Solidscape, Perfactory. I gotta tell you honestly...I love my desktop. I would not trade it for anything else. Hien Nguyen, Owner, Trademark jewellery**

**"Perfactory Xtreme has not only high resolution and accuracy but also strength of SI500 material and good surface quality. It's not restricted any shape so that it is easy to build various character shape and machine parts." *Mr. Park,  Daegu Digital Industry Promotion agency***

**"The Perfactory MINI is running great! Such nice resolution!" *David Crisp, Chief designer, Maui Divers.***

envisionTEC • Brüsseler Straße 51 • 45968 Gladbeck • Germany  Legal Notice
Home

EXHIBIT F
PG. 000018
1/21/2011

# EXHIBIT  G

Legal Notice
Home

Search ☐

Company | Technical Branches | Medical Branches | Machines | Materials | Technology | News & Events | Online Services

asdf
08.05.09 09:27

# Release of the the New Benchmark in 3-Dimensional Printing: The "ULTRA"

May 6, 2009 - Ferndale, MI - Designed to outperform existing 3-dimensional printing products in Build speed, surface quality, and material choices, the ULTRA will be unveiled at RAPID 2009 in Schaumburg, Illinois on MAY 12, 2009.

Based on its proven based Digital light projection technology, the ULTRA will raise the bar in Performance for 3 Dimensional desktop printers. The larger build envelope at 10" x 7.5" x 8" will make it very attractive at the price point offered for mechanical designers with limited budgets.

- X & Y resolution 80 microns with ERM module(0.0032 in)
- Z-resolution adjustable from to 20 to 100 microns (0.0007 to 0.004 in)
- Build speed 0.5 in/hr (12.7 mm) at 100 microns  Voxel depth for the full build envelope
- Wide material choice, from ABS- and polypropylene-like to wax-based materials for investment casting
- Extremely smooth surface finishes
- Office-friendly, low power requirements and plug and play operation
- Built with proven high-reliability DLP technology

"The New Ultra redefines 3-dimensional desktop printing by delivering high resolution parts without sacrificing build speed, and without limiting the choice of build materials. The Ultra is engineered for extreme performance and reliability at a very competitive price point," said Mr. Siblani, CEO of EnvisionTEC Gmbh.

EnvisionTEC will start taking orders at the RAPID 2009 show for delivery in 8 weeks from order for the New "ULTRA" Product.

[Download Picture]

[Machine Data Sheet]

For more information contact:

On the web: www.envisiontec.de.

envisionTEC, Inc.
1100 Hilton Road
Ferndale, MI 48220

Tel: 248-582-0038
Fax: 248-582-0039

Contact: Al Siblani; Email: asiblani@envisiontec.de

Outside North America:

envisionTEC GmbH
Brüsseler Straße 51
D-45968 Gladbeck
Germany

Tel: +49 2043 9875-0
Fax: +49 2043 9875-99

Contact: Martin Forth; Email: info@envisiontec.de

<- Back to: News

**Trade-up to ULTRA™ HD**

*October 22, 2010* - You deserve the best quality parts from your 3 Dimensional Printer - trade up now to an EnvisionTEC ULTRA™HD Parts Builder!  It offers... [more]

**Z Corp distribution agreement**

*May 19, 2010* - Z Corp has signed a non exclusive global distribution agreement to sell the Envisiontec Ultra machine under the "ZBuilder ULTRA" brand. [more]

**Deltamed receives "Certificate of Appreciation"**

*June 19, 2009* - Deltamed receives the a "Certificate of Appreciation" from EnvisionTEC Gmbh for "Reliable Partner". "We are very happy with the quality of the... [more]

**SolidWorks World**

*January 23, 2011* - See us at SolidWorks World, Booth #301, from January 23 through January 26, 2011, in San Antonio, Texas.  We look forward to seeing you. [more]

EXHIBIT G

"You know now I have worked with and have experience in ALL machines...milling machines, Roland, Solidscape, Perfactory. I gotta tell you honestly...I love my desktop. I would not trade it for anything else.
**Hien Nguyen, Owner, Trademark jewellery**

"Perfactory Xtreme has not only high resolution and accuracy but also strength of SI500 material and good surface quality. It's not restricted any shape so that it is easy to build various character shape and machine parts."
*Mr. Park,  Daegu Digital Industry Promotion agency*

"The Perfactory MINI is running great! Such nice resolution!" *David Crisp, Chief designer, Maui Divers.*

"Everything is going very well with the machine. Since we purchased the machine we have made over 4,600 parts. This far exceeds our expectations for the

envisionTEC • Brüsseler Straße 51 • 45968 Gladbeck • Germany  Legal Notice
Home

EXHIBIT G

# EXHIBIT  H


# ULTRA

## The Benchmark in 3Dimensional Desktop Printing



*Patents pending*

• **Building Envelope: 10.4" x 6.5" x 8"
(264 x 165 x 203 mm)**

• **Voxel resolution in X and Y: 139 microns
(0.0055") (with ERM Software 0.0028")**

• **Voxel resolution in Z : Adjustable from 35
microns (0.0014") to 100 microns (0.004")**

• **Build Speed: Up to 0.5" (12.7 mm) per hour at
100 microns voxel depth for full build envelope
(material specific)**

• **Small foot print W 29" x D 30" x H 46"
(73.66x76.2x116.84 cm)**

• **Weight: 156 Kg (344 lbs)**

• **Electrical: 100-127 VAC, 50/60 Hz, Single phase,
10A; 200-240 VAC, 50Hz, Single phase, 6A**

*All specifications are subject to change without notice.*

• **Extremely smooth surfaces with
built in "pixel shift" and "pixel tuning"
patented technology**

• **Multiple choice of resins, from ABS to
Polypropylene like materials and wax
based for investment casting.**

• **Office friendly plug and play operation
with a built-in Touch Screen**

• **Single material for build and support with
easily removable perforated support.**

• **Extremely reliable system with a well
proven DLP technology**







**envisionTEC GmbH**       Brüsseler Straße 51 • 45968 Gladbeck • Germany
Phone +49 2043 98 75-0 • Fax +49 2043 98 75-99

**USA Distributor**        1100 Hilton Road • Ferndale, MI 48220 • USA
Phone +1-248-582-0038 • Fax +1-248-582-0039

**www.envisiontec.com    info@envisiontec.com**

EXHIBIT H

envisionTEC

PG. 000021

# EXHIBIT  I

MASTER DISTRIBUTORSHIP AGREEMENT

Between

ENVISIONTEC, Inc. referred to as Envisiontec or EnvisionTEC,

And

Z Corporation referred to as the Master Distributor

ENVISIONTEC, INC.
ADDRESS:
1100 Hilton Street
Ferndale, MI 48220

Z CORPORATION
ADDRESS:
32 Second Avenue
Burlington, MA 01803

EFFECTIVE DATE:  28 Dec 2009

1

EXHIBIT I
PG. 000022

Z Corporation

Signature:

Name:        John Kawola

Title:        CEO

Date:        *DEC 28, 2009*

EnvisionTEC, Inc.

Signature:

Name:        A. El Siblani

Title:        CEO

Date:        *DEC 28, 2009*

17

EXHIBIT I
PG. 000023

# EXHIBIT  J

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | : | Case No.  2:08-cv-11734 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. David M. Lawson |
| | : | |
| ENVISIONTEC, INC. and ENVISIONTEC | : | Maj. Virginia Morgan |
| GMBH, | : | |
| Defendants. | : | |
| | : | |
| | : | |
| _____ | x | |

BODMAN LLP
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
Suite 400
201 South Division Street
Ann Arbor, MI 48104
Tel:  734-930-2488
Fax:  734-930-2494

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
Sidney David
Jonathan A. David
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908-654-5000
Fax:  908-654-7866
*Attorneys for Plaintiff 3D Systems, Inc.*
_____/

**[This case is related to 2:05-cv-74891]**

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff 3D Systems, Inc., as and for its amended complaint against Defendants

Envisiontec, Inc. and Envisiontec GmbH, allege as follows:

EXHIBIT J
PG. 000024

## THE PARTIES

1.      Plaintiff 3D Systems, Inc. ("3D Systems") is a California corporation, having a place of business at 333 Three D Systems Circle, Rock Hill, South Carolina 29730.

2.      Upon information and belief, Defendant Envisiontec, Inc. is a Michigan corporation having a place of business at 1100 Hilton Street, Ferndale, Michigan 48220.

3.      Upon information and belief, Defendant Envisiontec GmbH is a German corporation organized and existing under the laws of Germany, having a place of business at Brüsseler Straße 51, 45968 Gladbeck, Germany.

## JURISDICTION AND VENUE

4.      Upon information and belief, Envisiontec, Inc. and Envisiontec GmbH transact and do business within the State of Michigan and within this Judicial District, and are subject to the personal jurisdiction of this Court, pursuant to the laws of the State of Michigan and Rule 4 of the Federal Rules of Civil Procedure.

5.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c).

6.      This action is brought under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq*.

7.       Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. § 1338(a).

## BACKGROUND FACTS

8.      3D Systems is a leading global provider of 3-D modeling, rapid prototyping, and rapid manufacturing technology and systems.  Using 3D Systems' technology and systems,

EXHIBIT J
PG. 000025

prototypes and end-use parts can be built within hours directly from computer-aided design (CAD) files through an additive manufacturing process with 3D Systems' 3-D Modelers, Stereolithography (SLA®), and Selective Laser Sintering (SLS®) solutions.

9.      3D Systems' three-dimensional part-building systems and engineered materials reduce the time and cost of designing products and facilitate "direct digital manufacturing," enabling its customers to drastically decrease product development time and maintain a competitive advantage.

10.      3D Systems has applied for and obtained numerous patents in the United States and abroad, and 12 of its United States patents are currently being asserted against three-dimensional prototyping and manufacturing systems of Defendants Envisiontec, Inc. and Envisiontec GmbH in the action of *3D Systems, Inc. v. Envisiontec, Inc., Envisiontec GmbH and SIBCO, Inc.*, Case No. 2:05-cv-74891, pending before The Honorable Avern Cohn in the United States District Court for the Eastern District of Michigan, Southern Division.

11.      3D Systems is also the manufacturer of three-dimensional model building systems known as the V-Flash™ Desktop Modeler.  On April 2, 2008, 3D Systems announced that it has begun commercial shipments of its new V-Flash™ Desktop Modeler to North American customers.

12.      The V-Flash™ Desktop Modeler builds three-dimensional models within hours in a customer's home or office, enabling designers, engineers, hobbyists, and students to imagine, design and build their ideas at their desks.

13.      From April 3-5, 2008, 3D Systems attended the American Audiology Association Exhibition (the "AAA Show") in Charlotte, North Carolina, and exhibited its V-Flash™ Desktop Modeler at the booth of one of its partners, The Dreve Company ("Dreve").  At the Dreve booth

EXHIBIT J
PG. 000026

at the AAA Show, the V-Flash™ Desktop Modeler was on display and producing hearing aid models.

14.     Upon information and belief, at and following the AAA Show, Defendants Envisiontec, Inc. and Envisiontec GmbH, through Ali El-Siblani, the Chief Executive Officer of both Envisiontec, Inc. and Envisiontec GmbH, threatened customers and potential customers of 3D Systems of the V-Flash System™ with patent infringement suits.

15.     In particular, Mr. El-Siblani personally threatened at least two of 3D Systems' U.S. customers and potential customers, Starkey Laboratories, Inc. ("Starkey") (following the AAA Show) and GN ReSound (at the AAA Show), with patent infringement suits when they purchase 3D Systems' V-Flash™ Desktop Modeler.  Currently, a beta test version of the V-Flash™ Desktop Modeler is being run at Starkey for testing the production of hearing aids. Also, at the Envisiontec booth at the AAA Show, Mr. El-Siblani threatened Donald Tew of Dreve with suing Dreve and its customers for patent infringement when they purchase the V-Flash™ Desktop Modeler.

16.     Upon information and belief, Envisiontec GmbH is the owner of a number of United States patents related to three-dimensional prototyping and manufacturing systems that would likely be asserted in an infringement action brought by Envisiontec, Inc. and Envisiontec GmbH against 3D Systems and/or its customers for the manufacture, use, and sale of the V-Flash™ Desktop Modelers, such patents being U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472 (the "Envisiontec Patents").

17.     Upon information and belief, Envisiontec, Inc. and Envisiontec GmbH have sufficient ownership interest in the Envisiontec Patents to bring lawsuits in the United States under these patents.

EXHIBIT J
PG. 000027

18.     3D Systems and its customers have the right to engage in the accused activity with respect to the V-Flash™ Desktop Modelers without license from Defendants Envisiontec, Inc. and Envisiontec GmbH.

## CLAIM I
## Declaration Of Noninfringement And Invalidity

19.     3D Systems repeats and incorporates herein the foregoing allegations in paragraphs 1-18 as if set forth in their entirety.

20.     By virtue of at least the aforesaid acts of Defendants Envisiontec, Inc. and Envisiontec GmbH asserting rights under the Envisiontec Patents based on 3D Systems' ongoing and planned activities of selling its V-Flash™ systems and based on 3D Systems' customers' ongoing and planned activities of purchasing 3D Systems' V-Flash™ systems, and based on 3D Systems' contentions that 3D Systems, and its customers, have the right to engage in the accused activity without license from Defendants, an Article III case or controversy has arisen such that 3D Systems and its customers need not risk a suit for infringement by Defendants Envisiontec, Inc. and Envisiontec GmbH for engaging in the aforesaid identified activities before seeking a declaration of their legal rights.

21.     By virtue of the aforementioned actions by Defendants Envisiontec, Inc. and Envisiontec GmbH, under all of the circumstances, there is a substantial, actual, and justiciable controversy between 3D Systems, on the one hand, and Envisiontec, Inc. and Envisiontec GmbH on the other hand, of sufficient immediacy and reality as to infringement of Envisiontec patents, such that a justiciable Article III controversy exists.

EXHIBIT J
PG. 000028

22.     3D Systems does not infringe, induce infringement of, and/or contributorily infringe, and has not infringed, induced infringement of, and/or contributorily infringed any valid and enforceable claim of the Envisiontec Patents.

23.     3D Systems' customers do not infringe, induce infringement of, and/or contributorily infringe, and has not infringed, induced infringement of, and/or contributorily infringed any valid and enforceable claim of the Envisiontec Patents

24.     The Envisiontec Patents are invalid and void for failure to comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112.

## PRAYER FOR RELIEF

WHEREFORE, 3D Systems prays for judgment in its favor as follows:

A.     A declaration that neither 3D Systems, nor its customers, have infringed, induced infringement of, or contributorily infringed, and does not infringe, induce infringement of, and/or contributorily infringe any valid or enforceable claim of U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472;

B.     A declaration that U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472 are invalid and void for failure to comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112;

C.      A declaration that this case is "exceptional" within the meaning of 35 U.S.C. § 287;

D.     An award to 3D Systems of its costs, attorney fees, and expenses pursuant to 35 U.S.C. § 285; and

EXHIBIT J
PG. 000029

E.    An award to 3D Systems of all further and additional relief as the Court deems just and proper.

Dated: May 14, 2008                                    Respectfully submitted


                                                       /s/Susan M. Kornfield
                                                       Susan M. Kornfield (P41071)
                                                       Alan N. Harris (P56324)
                                                       BODMAN LLP
                                                       Suite 400
                                                       201 South Division Street
                                                       Ann Arbor, Michigan 48104
                                                       Telephone: (734) 930-2488
                                                       Facsimile: (734) 930-2494
                                                       skornfield@bodmanllp.com

                                                       Sidney David (SD 8700)
                                                       Stephen B. Goldman (SG 4018)
                                                       Jonathan A. David (JD 7559)
                                                       Samantha M. Kameros (SK 8223)
                                                       LERNER, DAVID, LITTENBERG,
                                                         KRUMHOLZ & MENTLIK, LLP
                                                       600 South Avenue West
                                                       Westfield, New Jersey 07090-1497
                                                       Telephone: (908) 654-5000
                                                       Facsimile: (908) 654-7866

EXHIBIT J
PG. 000030

# EXHIBIT  K

# SolidWorks World 2011
# International Reseller and User Conference & Exposition

January 23-26, 2011 • Henry B. Gonzalez Convention Center, San Antonio, Texas

## Exhibitor & Sponsor Application / Contract

Salesperson: _____
Date: _____
Booth number
assignment: **30**

All prices below are in US dollars.

**Company Name:** ENVISIONTEC

List the Company name as it should appear on signage, booth, in program and online. No further changes can be made to your company name after this submission. Please initial here to indicate this is the official company name you'd like listed for all media: _____

**Company Address:** 1100 HILTON RD

**City:** FERNDALE   **State:** MI

**Zip Code:** 48220   **Country:** USA

**URL:** _____

**Onsite Contact:** _____   **Title:** _____

**Telephone:** _____   **Fax:** _____

**Email:** Shannon@sibcoinc.com

Primary Contact Name for Exhibit Logistics: _____

**Title:** _____

**Address (if different from company address):** _____

**City:** _____   **State:** _____

**Zip Code:** _____   **Country:** _____

**Telephone:** _____   **Fax:** _____

**Email:** _____

**Partner Level (check one):** ☐ Certified Gold/CAM Partner   ☐ Other: _____

### Purchase and Payment Details:

Please refer to the Payment Terms listed in the "Exhibitor Terms & Conditions."
You can submit your payment by either Check or Credit Card. Credit Card payments are processed by Nth Degree. It is important to note that any fees associated with SolidWorks World 2011 will appear on your credit card statement as a charge from Nth Degree.

**Method of Payment:** ☐ Check  ☐ AMEX  ☐ MasterCard  ☐ Visa  ☐ PO #_____
Note: Make checks payable to: Nth Degree/DS SolidWorks Corp.

**Credit Card Number:** _____   **Exp. Date:** _____

**Cardholder's Name (Please Print):** _____

**Cardholder's Signature:** _____

**Cardholder's Billing Address (if different from above):** _____

**Important:** Please place your initials on the following line indicating that you have read and agree to all Exhibitor Terms & Conditions included on pages 7 and 8 in the SolidWorks World 2011 Exhibitor & Sponsor Prospectus:  _____ (initials here)

Please complete, sign and fax this page to 617.848.8773.

**Signature:** _____

**Company:** ENVISIONTEC

**Signed by (print name):** A SIBLANT

**Date:** FEB 2 2010

For additional information please contact:
(Companies A-M) Don Rosette at drosette@nthdegree.com or 617.848.8766.
(Companies N-Z) Wendy Anderson at wanderson@nthdegree.com or 617.848.8756.

### Select Sponsorship Package*:
| | |
|---|---|
| ☐ Platinum Sponsor | $75,000 |
| ☐ Gold Sponsor | $40,000 |
| ☐ Silver Sponsor | $15,000 |
| ☐ Bronze Sponsor | $7,500 |

* Certified Gold/CAM Partners receive an additional 10% discount on all booth packages.

### Select Promotional Opportunities:
| | |
|---|---|
| ☐ Lanyard/Badge Holder | $7,500 |
| ☐ Hotel Room Key | $7,500 |
| ☐ Literature Room Drop | $4,500 |
| ☐ General Session Seat Drop | $4,000 |
| ☐ Water Bottle | $3,000 |
| ☐ Welcome Bag | $2,500 |
| ☐ Literature Insert | $2,500 |
| ☐ Conference Pen | $2,500 |
| ☐ T-shirt | $2,000 |
| ☐ Partner Pavilion Raffle | $500+$200 prize |
| ☐ Passport Program | $500 |

### Select Direct Marketing Opportunities:
| | |
|---|---|
| ☐ Pre-Conference Email Blast | $5,000 |
| ☐ Post-Conference Email Blast | $5,000 |

### Select Advertising Opportunities:
| | |
|---|---|
| ☐ Digital Signage | $5,000 |
| ☐ Map Your Show Online Floor Plan: | |
| ☐ Basic Listing Logo Upgrade | $500 |
| ☐ Exhibitor Enhanced Listing 1 | $1,000 |
| ☐ Exhibitor Enhanced Listing 2 | $1,500 |
| ☐ Banner Sponsorship | $2,500 |
| ☐ Onsite Conference Program Ad (Color): | |
| ☐ Full-Page | $3,000 |
| ☐ Half-Page | $2,000 |
| ☐ Quarter-Page | $1,000 |
| ☐ SolidWorks World Web Banner | $850 |

Sponsorship Purchase Cost: **15,000**
Sponsor Package Cost:
Total Purchase (before discount): **-10%**
Gold or Certified CAM
   Partner 10% discount:
Additional Promotion(s) Cost:
**Total Purchase
(with discount applied):** **13,500**

Exhibit Space: **30'**
Please provide your top three
choices of booth space
in order of preference: _____

**Mail Payment to:**
Nth Degree-EMS / DS SolidWorks Corp.
PO Box 102689, Atlanta, GA 30368-2689

**FedEx Payment to:**
Nth Degree-EMS / DS SolidWorks Corp.
Lockbox 102689
100 South Crest Drive, Stockbridge, GA 30281

EXHIBIT K
PG. 000031

# SolidWorks World 2011
## International Reseller and User Conference and Exposition
January 23-26, 2011
Henry B. Gonzalez Convention Center, San Antonio, Texas

## Exhibitor Terms and Conditions

RESPONSIBILITY CLAUSE – Exhibitor assumes responsibility and agrees to indemnify and defend Dassault Systèmes SolidWorks Corporation ("DS SolidWorks Corp."), the Henry B. Gonzalez Convention Center, and their respective officers, directors, employees and agents against any claims or expenses arising out of Exhibitor's use of the exhibition premises. Exhibitor understands that neither DS SolidWorks Corp. nor the Henry B. Gonzalez Convention Center maintains insurance covering Exhibitor's property, and it is the sole responsibility of Exhibitor to obtain such insurance. Exhibitor ("Exhibitor") agrees to defend, indemnify, and hold harmless, the Henry B. Gonzalez Convention Center, DS SolidWorks Corp., and their owners, managers, officers, directors, agents, employees, independent contractors, subsidiaries, and affiliates, from any damages or charges resulting from Exhibitor's use of the property. Exhibitor's liability shall include all losses, costs, damages, or expenses arising from or out of or by reason of any accident or bodily injury or other occurrences to any person or persons, including the Exhibitor, its agents, employees, independent contractors, and business invitees which arise from or out of the Exhibitor's occupancy and use of the exhibition premises, the Henry B. Gonzalez Convention Center, or any part thereof.

PAYMENT TERMS – Subject to the terms set forth in the Exhibitor Cancellation section, upon execution of this Agreement, Exhibitor agrees to pay the Fee identified in the "Exhibitor & Sponsor Application/Contract" (page 6 of this Exhibitor Prospectus). If Exhibitor executes and delivers this Agreement to DS SolidWorks Corp., this Agreement will become binding on the parties as of the date of receipt by DS SolidWorks Corp. For Agreements received prior to or on April 5, 2010, DS SolidWorks will invoice Exhibitor for the Fee on or about April 6, 2010 and payments will be due in full 30 days from Exhibitor's receipt of the invoice. For Agreements executed after April 5, 2010 and before November 1, 2010, the Fee is due in full 30 days from receipt of invoice.

For Agreements executed after November 1, 2010, the Fee is due immediately upon receipt of invoice. Notwithstanding the foregoing, in no event shall an Exhibitor be promoted unless paid in full or permitted to move in or set up or participate in the Exhibition unless the Fee is paid in full by December 20, 2010. SolidWorks World reserves the right to cancel and/or-re-assign Sponsorship or Exhibit locations if payments are not received when due.

EXHIBITOR CANCELLATION – Up to and including April 5, 2010, Exhibitor may cancel this Agreement without cause and without a cancellation fee by providing written notice to the V.P. of Marketing at DS SolidWorks Corp. After April 5, 2010, Exhibitor may cancel the Agreement without cause by written notice subject to a Cancellation Fee (as set forth below). The parties acknowledge that it is difficult to quantify damages if Exhibitor cancels the Agreement after April 5, 2010 and have agreed that SolidWorks World shall assess a cancellation fee (the "Cancellation Fee") against Exhibitor as liquidated damages and not as a penalty. The parties agree that the Cancellation Fee will be calculated as a percentage of Lost Fees (as defined below) in accordance with the following scale:

| Period | Percentage |
|---|---|
| April 6, 2010 to May 5, 2010 | 50% |
| After May 5, 2010 | 100% |

Lost Fees is defined as the sum total of fees owed by Exhibitor to DS SolidWorks Corp. under this Agreement. DS SolidWorks Corp. shall refund the fees paid less the Cancellation Fee, if any, within 30 days of receipt of the cancellation notice. Notice of cancellation must be received in writing; Lost Fees are calculated on the date the notice of cancellation is received.

DS SOLIDWORKS CANCELLATION – If DS SolidWorks Corp. should be prevented from holding the conference by reason of any cause beyond its control (such as, but not limited to, damage to buildings or rooms, riots, labor disputes, acts of government,

acts of war, acts of terrorism, acts of God) or if it cannot permit Exhibitor to occupy its Exhibitor space due to causes beyond DS SolidWorks Corp. control, then DS SolidWorks Corp. has the right to reassign Exhibitor to an equivalent Exhibit area and/or reschedule the conference for a start date no later than April 23, 2011. Should DS SolidWorks Corp. cancel the conference for its own convenience, Exhibitor fee will be refunded in full. In any case, DS SolidWorks Corp.'s liability to Exhibitor for all reasons and causes arising out of or related to participation in or commitment to participate in the SolidWorks World Conference is limited to an amount not greater than the Exhibitor fee paid to DS SolidWorks Corp. DS SolidWorks Corp. also retains the right to terminate this Agreement and refund payment to exhibitors that no longer meet the eligibility requirements for exhibiting at the SolidWorks World Conference. In general, eligible exhibitors include Research, Solution, and Gold Partners and organizations providing services to SolidWorks Users such as publications, and do not include DS SolidWorks competitors.

ARRANGEMENT OF EXHIBITS — Displays may be no more than 8 feet in height. Displays less than 4 feet in height may be placed anywhere in the booth. Side dividers over 4 feet in height, adjacent to neighboring booths, must remain at least 5 feet from the main traffic aisle.

SOUND EQUIPMENT – DS SolidWorks Corp. shall be the sole arbiter of acceptability of sound levels and may require reduction of sound level or elimination of sound-producing devices if judged by DS SolidWorks Corp. to be operated at an unacceptable level.

BADGES AND HALL ENTRY – Exhibitor badges are to be used exclusively by booth personnel and may be ordered using the Exhibitor Badge Online Order Form. These badges must be worn during setup, teardown, and during the conference. There may be a fee for badges prepared at the show or any additional badges

EXHIBIT K
PG. 000032

# Exhibitor Terms and Conditions – Continued

above and beyond those provided by DS SolidWorks Corp. Exhibitors may enter the exhibit hall during the scheduled setup and dismantle times. In addition, Exhibitors may enter the exhibit hall one hour prior to show opening. Exhibitors are to remain in their booths during this early entry time.

LOSS, THEFT, DAMAGE, AND PERSONAL INJURY INSURANCE – Exhibitor warrants that it carries insurance to cover exhibit material against damage and loss, and adequate liability insurance against injury to its own employees and the person and property of others, and agrees that DS SolidWorks Corp. and the Henry B. Gonzalez Convention Center shall not be responsible for any loss, theft, or damage to the property of Exhibitor, its employees, or representatives. FURTHER, NEITHER DS SOLIDWORKS CORP. NOR THE HENRY B. GONZALEZ CONVENTION CENTER WILL BE LIABLE FOR DAMAGE OR INJURY TO PERSONS OR PROPERTY FROM ANY CAUSE WHATSOEVER BY REASON OF THE USE OR OCCUPANCY OF THE EXHIBIT AREA ASSIGNED BY DS SOLIDWORKS CORP. TO EXHIBITOR OR ITS ASSIGNS, AND EXHIBITOR SHALL INDEMNIFY AND HOLD DS SOLIDWORKS CORP., THE HENRY B. GONZALEZ CONVENTION CENTER, AND THEIR OWNERS, MANAGERS, OFFICERS, DIRECTORS, AGENTS, EMPLOYEES, INDEPENDENT CONTRACTORS, SUBSIDIARIES, AND AFFILIATES, HARMLESS FROM ALL LIABILITY WHICH MAY ENSUE FROM ANY SUCH CAUSE.

AMERICANS WITH DISABILITIES ACT – Exhibitor shall also comply in all respects with the Americans with Disabilities Act for all activity conducted in its Exhibit area, and for the event it is sponsoring.

COMPLIANCE – Exhibitor assumes all responsibility for compliance with these terms and conditions, and with all pertinent laws, ordinances, regulations, and codes of duly authorized local, state, and federal governing bodies together with the rules and regulations of the operators and/or owners of the Henry B. Gonzalez Convention Center. Exhibitor also agrees to indemnify, defend, and hold DS SolidWorks Corp. harmless from all liability, which may ensue from Exhibitor's failure to comply with applicable local, state, and federal laws.

GOVERNING LAW – This Agreement shall be construed in accordance with and governed by the laws of the Commonwealth of Massachusetts, without regard to the laws and principles applied to conflicts of laws.

SEVERABILITY – The invalidity or unenforceability of any of the covenants, phrases, or clauses in this Agreement shall not affect the remaining portions hereof, but this Agreement shall be construed as if such invalid covenant, phrase, or clause had not been contained herein.

LICENSING COPYRIGHTED MATERIAL – Exhibitor acknowledges and assumes responsibility for any licensing agreements and royalty payments thereof for the use of music, video, or printed matter that may be protected under the copyright laws of the United States of America or other competent jurisdictions and indemnifies and holds DS SolidWorks Corp. harmless from all liability that may ensue from use of copyrighted material.

OBSTRUCTION OF PUBLIC SPACE – Public space is to be free of any obstruction or item associated with an adjacent exhibit area. No carpeting or signs from an exhibit area may obstruct or infringe on public space.

UNIONS AND CONTRACTORS – It is agreed that Exhibitor will abide by and comply with the Terms and Conditions concerning local unions having arrangements with the Henry B. Gonzalez Convention Center. Exhibitors utilizing contractors other than those officially appointed by DS SolidWorks Corp. to provide services for their exhibit MUST BE APPROVED IN WRITING BY DS SOLIDWORKS CORP. AND ARE REQUIRED TO NOTIFY THE OFFICIAL SHOW CONTRACTOR, THROUGH DS SOLIDWORKS CORP., 45 DAYS PRIOR TO THE FIRST SCHEDULED INSTALLATION DATE FOR THE EVENT. EXHIBITORS MAY NOT USE A DRAYAGE, ELECTRICAL, OR PLUMBING CONTRACTOR OTHER THAN THOSE OFFICIALLY APPOINTED BY DS SOLIDWORKS CORP.

RESTRICTIONS – The Henry B. Gonzalez Convention Center may at its discretion, prohibit, restrict, and/or evict an Exhibitor that is in its opinion objectionable for any reason, including but not limited to the following: danger, noise, vibration, glaring or flashing lights, safety and method of operation, objects on display, and/or method of display. The Henry B. Gonzalez Convention Center may also prohibit, restrict, or evict any Exhibitor that may detract from the general character of the Henry B.

Gonzalez Convention Center and may further prohibit, restrict and/or evict any event with objectionable persons, things, conduct, printed matter, or anything else the Henry B. Gonzalez Convention Center judges to be objectionable. In the event of such restriction or eviction, DS SolidWorks Corp. shall not be liable for any refunds of Exhibitor fees or other expenses.

SAFETY – Exhibitor understands and agrees that its electrical equipment must conform to all applicable safety codes and must be operated in a manner that does not pose a hazard to any person or property. Shielding from chips, sparks, strong lights, moving machinery, smoke, or any toxic substance must be complete. Safety markings, masking, flagging, or railings must be placed on or around any projection or other objects where attendees could injure themselves. Machinery, operating equipment, and other objects, which might cause bodily harm, must be adequately safeguarded. The Henry B. Gonzalez Convention Center shall have sole judgment on the adequacy of safeguarding shields and barriers.

SUBLEASE, CO-OCCUPANCY, AND SPEAKING OPPORTUNITIES AND PANEL PARTICIPATION – UNLESS OTHERWISE PREVIOUSLY AGREED TO IN WRITING BY DS SOLIDWORKS CORP., EXHIBITOR AGREES NOT TO SUBLEASE SPACE ALLOCATED TO IT BY DS SOLIDWORKS CORP., OR ALLOW THIRD PARTIES TO SHARE, OCCUPY, OR EXHIBIT SOFTWARE IN THIS SPACE WITHOUT THE EXPRESS PRIOR WRITTEN PERMISSION OF DS SOLIDWORKS CORP. EXHIBITOR ALSO AGREES NOT TO SHARE OR ASSIGN SPEAKING OPPORTUNITIES AND/OR PANEL PARTICIPATION ALLOCATED TO IT BY DS SOLIDWORKS CORP. TO THIRD PARTIES WITHOUT EXPRESS PRIOR WRITTEN PERMISSION BY DS SOLIDWORKS CORP. EXHIBITOR FURTHER AGREES THAT DS SOLIDWORKS CORP. RETAINS THE RIGHT TO REFUSE PERMISSION FOR SUCH SUBLEASES, SHARED OCCUPANCY, AND SHARING OR REASSIGNMENT OF SPEAKING OPPORTUNITIES EITHER IF, IN ITS SOLE OPINION, THIS WILL NOT MAKE A POSITIVE CONTRIBUTION TO THE SUBSTANCE AND FORM OF THE SOLIDWORKS WORLD CONFERENCE, OR TO PROTECT ITS OWN LEGITIMATE BUSINESS INTERESTS.

# EXHIBIT  L

*password - 1887*



# EXHIBIT SPACE CONFIRMATION
## 2008 CHARLOTTE April 2-5

Tuesday, January 22, 2008

Al Siblani

Envisiontec, Inc.
1100 Hilton Rd
Ferndale                    MI 48220

*Subj: Confirmation of Exhibit Space*

*Dear Al*

| The Academy's Exposition Department confirms the following. Should your contact information change please notify the Academy immediately. | | | |
|---|---|---|---|
| **Booth No** 1887 | | **Booth Dim** 10x20 | |
| **Price** $3,800.00 | | **Booth Size** 200 | nsf |
| **Type** Island | | **User ID** 08AN661 | |
| **EMail** horner.nicole@envisiontec.com | | | |
| **Email** | | | |
| **ProgNOW** | If you purchased an additional listing in ProgramNOW, you will be invoiced separately | | |

**Please read the WHAT's NEW information sheet. Policies and exhibit show hours have been updated.**

Welcome to AudiologyNOW! This letter serves as official confirmation of your exhibit space reservation.

Please read the Official Rules and Regulations on the back of your Exhibit Space Contract as well as the Exhibit Display Guidelines for your particular exhibit space. If your onsite exhibit space design differs from the set guidelines you will be asked to modify the design or be moved (at your expense). You can find the display guidelines on our website at www.audiologynow.org and inside the Exhibitor Manual which will be online and delivered in November.

Email notification is our primary way to communicate important deadlines, reminders, and updates relating to the exposition. If you are not receiving the monthly Exhibits! newsletter, issues will be posted on our website, www.audiologynow.org. Please be sure to update us on your email address so our records are current.

While you are planning your participation in AudiologyNOW! 2008, please keep the following items in mind:
1. Final/Full booth space payments must be paid in full by October 1. Booths not paid in full at this time will be applied a $500 late penalty and will return to general inventory. If you pay by wire transfer, it is your responsibility to provide for all fees associated using this method.

2. It is your responsibility to become familiar with all policies regarding exhibiting at Audiology Solutions.

3. Your User ID (listed above) is a unique ID for your booth. This will be needed when ordering contractor services, registering booth personnel, managing your housing information, and completing your cateogry listing for ProgramNOW!. Again this year, all this information will be collected online.

If you have any questions contact me at 703-226-1042 or stimlin@audiology.org.

**Best Regards,**

*Sabrina*

**Director of Exposition**

Show Management reserves the right to relocate exhibit spaces when deemed necessary. Show Management will inform the exhibitor of available options prior to relocation.

EXHIBIT L
PG. 000034

# EXHIBIT SPACE APPLICATION & CONTRACT
**April 2 – 5, 2008 – Charlotte, NC**
American Academy of Audiology, Inc.
Payments only: AAA Lockbox - 11654 Plaza America Drive – Suite 507, Reston, VA  20190
Phone 703.790.8466 or Fax 703.790.8631



Please type or print

☐ Yes, we'd like to participate in the 20th Anniversary Gala. Please send more information.

## EXHIBITOR INFORMATION

Company **ENVISIONTEC INC**

*Subsidiary/Division _____

☑Check here if you would like to purchase an additional listing in the ProgramNOW! for your subsidiary or company division. You will be invoiced an additional $500 for this listing.

Contact **AL SIBLAN i**

Full Address (NO PO BOXES) **1100 Hilton Rd.**

City **Ferndale**   ST **MI**   Zip/Postal **48220**   Country **USA**

Phone **248.582.0038**   ext. _____   Fax **248.582.0039**

E-mail **slmoine@aol.com**

*By providing this information, you consent to permit the Academy to share this information only with our Official Contractors. Emails and faxes will not be sold or listed.*

## BOOTH RENTAL & PAYMENT INFORMATION

Exhibiting space is $18.00 per square foot during Priority Point Space Selection on or before June 1, 2007 only. After June 1, 2007 the exhibit space rate is $19.00 per square foot. Applications must be signed and submitted with payment in order to be processed. See payments section and back of application for cancellation fee and refund policies. **Payment of 50% of total space due must accompany this form.** All exhibits MUST adhere to the Booth Display Guidelines found in the Exhibitor Manual, which is incorporated by reference herein and made a part hereof.

**BOOTH INFORMATION** ☐ Standard/In-line  ☑Island  ☐FIRST TIME EXHIBITOR

1st Space CHOICE **1987**   2nd Space CHOICE **1882**   3rd Space CHOICE _____

☑Manufacturer  ☐Supplier/Distributor  ☐EDU/University/Academic Institution
☐OEM  ☐Publisher/Software  ☐Non-profit organization/Association

Total Booth Size **20** x **10** = **200** Net Square Feet
Total Net Square Feet **200** x $19.00* = Total Amount Due $ **3800** (US Dollars)

*$18.00 rate applicable ONLY during Priority Point Selection on or before June 1, 2007. Standard rate is $19.00. NP/EDU category $15.00

> Credit Cards and Purchase Orders are **NOT** accepted.

**PAYMENTS:** Exhibitors selecting exhibit space will have (3) scheduled payments: **FIRST PAYMENT** of 50% total space cost is due during Priority Booth Selection on or before June 1, 2007. **SECOND PAYMENT** of 75% (less your deposit) of total space cost is due August 1, 2007 and **FINAL PAYMENT** of 100% of total space monies due by/on October 2, 2007. **FOR THOSE WITH OUTSTANDING PAYMENTS AFTER OCTOBER 2, 2007, A $500 LATE FEE WILL BE ADDED.** By signing the Exhibit Space Application and Contract, you certify that you have the authority to sign the contract and that the company listed on the Official Rules and Regulations. Cancellation of exhibit space **must** be made in writing and confirmed by the Academy (this includes name replacements for exhibit space). Booth space released after December 31, 2007 will return to general inventory to provide for wait list demands. Properly requested refunds will be provided according to the following schedule: on or before June 1, 2007 – Full refund less a $500 cancellation fee; June 2, 2007-August 1, 2007 a 50% refund of total space cost paid. After August 1, 2007 NO REFUNDS OF ANY MONIES PAID. Due to the high cost of credit card fees, only the following payment types will be accepted with contract.

Payment type: ☐ Check enclosed # _____   ☐ACH transfer^   ☒Wire transfer^

^Exhibitor is responsible for ALL bank wire and transfer fees. Full exhibit space amount **must** be paid.

## OFFICIAL RULES & REGULATIONS

The Company hereby applies for space at AudiologyNOW! to be held April 2-5, 2008 in Charlotte, NC and subject to the terms, conditions, and Rules and Regulations as stated in this Application (front and back) and included in the Exhibitor Manual, which Company accepts as part of this agreement. Company understands that booth assignments will be made solely by the Academy in an impartial effort to best serve the interest of all participants.

The Academy shall regard this document, upon receipt with payment, as a formal application on the part of the Company to participate in AudiologyNOW! 2008 in the capacity of Exhibitor. The Company, by return of this document, agrees to be bound by all conditions, policies and procedures as defined herein. Further, the Company agrees to accept any allocation of booth space as deemed appropriate by the Exposition Department of the Academy in accordance with the booth selection process. Show Management reserves the right to arrange or change the floor plan and/or relocate any exhibit if deemed advisable in the best interest of AudiologyNOW! *The official Company representative will be the Academy's primary contact in connection herewith and is authorized to bind the Company.*

Contractual Agreement – Once countersigned by the Academy, this document will be a valid contract between the Academy and the exhibiting company. No agreement will be considered final and valid until that point. All applications from companies wishing to exhibit will be considered by the Academy to be an agreement by such company to abide by the decision of the Academy relating to booth location and activity, and further, as an acceptance on the part of the exhibiting company of all policies and regulations as set forth (a) in this document (b) the Rules and Regulations found in Exhibitor Manual and (c) convention center rules and regulations, each of which is incorporated by reference herein and made a part hereof.

BY SIGNATURE _____   NAME AND TITLE **AL SIBLAN i,**   **President**   DATE **1/15/08**

### ACADEMY USE ONLY

Date Contract Received **1/24/1**   Total Space Cost: $ **3600** .00 US Dollars

AMOUNT TO BE BILLED

Booth Assigned: **1887  3/4**   Deposit Received: $ **0** .00 US Dollars   $ _____ .00 US Dollars

Academy Representative _____   Date _____

Top – EXPO     Yellow – ACCOUNTING     Pink – CONFIRMATION     Goldenrod – EXHIBITOR

EXHIBIT L
PG. 000035