LEE TRAN & LIANG APLC
  Steven R. Hansen (Bar No. 198401)
  Enoch H. Liang (Bar No. 212324)
601 S. Figueroa Street, Suite 4025
Los Angeles, California 90017
Telephone:  (213) 612-3737
Facsimile:  (213) 612-3773
E-mail: srh@ltlcounsel.com; ehl@ltlcounsel.com


Attorneys for Defendant and Counterclaim
Plaintiff Envisiontec, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN

| | |
|---|---|
| ALEX SHPISMAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ENVISIONTEC GmbH, an entity of unknown origin, ENVISIONTEC, INC., a Michigan corporation.<br><br>        Defendant.<br><br>ENVISIONTEC, INC., a Michigan corporation,<br><br>        Counterclaim Plaintiff,<br><br>    v.<br><br>ALEX SHIPISMAN, an individual,<br><br>        Counterclaim Defendant. | CASE NO. CV10 8355 R (PJWx)<br><br>**ORDER RE: ENTRY OF PROTECTIVE ORDER**<br><br>**DATE:** May 2, 2011<br>**TIME:** 10:00 a.m.<br>**CTRM:** 8<br><br>Action Filed: November 3, 2010<br>First Amended Complaint Filed: December 22, 2010 |

Defendant/Counterclaim Plaintiff Envisiontec, Inc.'s Motion for Protective Order came on for regular hearing on May 2, 2011 at 10 a.m. before this Court. Having considered the parties' joint stipulation, any oppositions and replies thereto, the oral argument of the parties' during the hearing, and for the reasons expressed on the record during the hearing, it is hereby ORDERED that Envisiontec, Inc.'s Motion for Protective Order is granted.

It is hereby ORDERED that the protective order attached as Exhibit "1" to this Order is entered.

IT IS SO ORDERED.

DATED: May 11, 2011

_____

Hon. Manuel L. Real

UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: ENTRY OF PROTECTIVE ORDER