LEE TRAN & LIANG APLC
  Steven R. Hansen (Bar No. 198401)
  Enoch H. Liang (Bar No. 212324)
  Daphne P. Hsu (Bar No. 247256)
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
E-mail: srh@ltlcounsel.com; ehl@ltlcounsel.com

Attorneys for Defendant/Counterclaim Plaintiff
Envisiontec, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SHPISMAN, an individual, | Case No. CV10 8335 R (PJWx) |
| Plaintiff, | **DECLARATION OF ALEXANDR (SASHA) SHKOLNIK IN SUPPORT OF DEFENDANT/ COUNTERCLAIM PLAINTIFF ENVISIONTEC, INC.'S MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S CLAIMS OF COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT THEREOF** |
| v. | |
| ENVISIONTEC GmbH, an entity of unknown origin, ENVISIONTEC, INC., a Michigan corporation. | |
| Defendant. | |
| ENVISIONTEC, INC., a Michigan corporation, | |
| Counterclaimant, | **DATE:** October 3, 2011<br>**TIME:** 10:00 a.m.<br>**CTRM:** 8 |
| v. | **Hon. Manuel L. Real** |
| ALEX SHPISMAN, an individual, | Action Filed: November 3, 2010<br>First Amended Complaint Filed: December 22, 2010 |
| Counterclaim Defendant | |

I, Alexandr ("Sasha") Shkolnik, declare:

1. I am Chief Technical Officer of Envisiontec, Inc. ("Envisiontec"), a named defendant in the above-captioned lawsuit. I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently thereto and under oath.

2. Envisiontec is a company that supplies and distributes rapid prototyping devices. Envisiontec's rapid prototyping devices are printers that create three-dimensional models from liquid resin. Envisiontec supplies several rapid prototyping machines, including machines known as "Xede", and "Ultra." Envisiontec used to supply a rapid prototyping machine that was originally named "Vanquish" and later re-named "Xtreme" but stopped selling it several years ago.

3. Attached as Exhibit A is schematic illustration of Envisiontec's rapid prototyping machines. As shown in Exhibit A, each Envisiontec machine uses a projector to project light onto a liquid resin, which causes it to cure into a solid object in accordance with a computerized model of the object. Portions of the object are progressively solidified as the build platform is immersed into a container of liquid resin. Image data in the form of "bit maps" is supplied to the projector and determines the specific pattern of light that is projected onto the resin. The projector includes an array of over one million mirrors, each of which projects light to a corresponding surface on the resin. The projectors used on the Vanquish, Xede, and Ultra machines are known as "digital light projectors" or "DLPs".

4. To operate the Envisiontec rapid prototyping machines, a control computer is provided which is run using what is known as "control software". The control software receives a large set of bitmaps, each of which determines a light pattern that is projected by the projector when the build platform is at a given position, and transmits them to the projector.

5.    The control software also interfaces with a third party motion controller that drives the movement of the build platform into and out of the resin. With respect to the Vanquish machine and the Xede machine, the motion controller also periodically moves a cooling blade across the resin. The Ultra machine does not include a blade. Galil Motion Control is the company that supplies the motion controller used by the Envisiontec rapid prototyping machines.

6.    The control computers used with the Vanquish, Xede, and Ultra machines also provide a user screen that displays a graphical user interface ("GUI") to allow the user to control and monitor various aspects of the operation of the machines.

7.    I supervised Mr. Shpisman and requested that Mr. Shpisman create the control software that he registered with the U.S. Copyright Office, which is called Vanquish.NET. Mr. Shpisman had no experience in rapid prototyping when he started working for Envisiontec in October 2006. He wrote his code on an Envisiontec-supplied computer and tested it on Vanquish, Xede, and Ultra machines in Envisontec's facilities in Torrance and Gardena, California. I directed Mr. Shpisman as to the features that the Vanquish.NET software should include and also provided him with an earlier version of the Vanquish machine's control software to aid him in his software development. As part of his duties, I asked Mr. Shpisman to send the Vanquish.NET software to Envisiontec customers directly, including NMB Technologies Corporation, Acushnet Golf, and Align Technologies. He also installed his Xede control software on an Xede machine supplied to a company called Morpheus.

8.    Following Mr. Shpsiman's departure from Envisiontec, Envisiontec contracted with Envisiontec GmbH for the services of its programmer Hilko Weigelt. With the assistance of Joerg Wleklik and with

my supervision and guidance, Mr. Weigelt wrote new control software for the Ultra and Xede machines in the C++ computer language, not the C# language used by Mr. Shpisman. Submitted on a CD labeled as Exhibit B herewith are true and correct copies of control software source code written by Mr. Weigelt and used in the Ultra and Xede machines following Mr. Shpisman's departure from the company. Exhibit B includes directories labeled ETEC 1526, ETEC 1527, ETEC 1528, and ETEC 1530, which are the files produced by Envisiontec in this action which include various versions of the control software for Xede and Vanquish and which Alex Shpisman contends are infringing. In the originally produced versions of ETEC 1526, ETEC 1527, ETEC 1528 and ETEC 1530, the entire set of software (including executable files, binary files, etc.) were produced. However, only the source code has been provided in Exhibit B. Each of the source code files bears the suffix ".cpp", which stands for "C++", the language in which the source code is written.

9. The Exhibit B directory ETEC 1526 includes the 2009 version of the Xede control software source code developed by Mr. Weigelt. The Exhibit B directory ETEC 1527 includes the February 2011 version of the Ultra control software source code developed by Mr. Weigelt. The Exhibit B directory ETEC 1528 includes the February 2011 version of the Xede control software source code developed by Mr. Weigelt. The Exhibit B directory ETEC 1530 includes the 2009 version of the Ultra control software source code developed by Mr. Weigelt.

10. During his time at Envisiontec, Mr. Shpisman provided the company with both his control software source code and executable versions thereof. At no time did Mr. Shpisman impose any restrictions on the copying, distribution, or use of his software. Nor did he request any compensation beyond his normal salary for the software. Mr. Shpisman

worked on a company-purchased computer on which he created his source code. The computer was accessible to me and other Envisiontec personnel.

11. On pages 4-7 of Exhibit A to Mr. Shpisman's "Further Supplemental Response to Defendant Counterclaimant Envisiontec, Inc.'s Interrogatory No. 10," dated August 24, 2011 ("Shpis. 2nd Rog 10 Resp."), Mr. Shpisman displays GUI screen shots for the Xede machine. Page 7 is called the "About" window and says "Envisiontec, Inc. 2007" and "All rights reserved." Mr. Shpisman repeatedly provided executable files of his control software to Envisiontec which generated an About window with the text "Envisiontec, Inc. 2007" and "All rights reserved." For the Court's reference, the Shpis. 2nd Rog 10 Resp. is attached as Exhibit E to the Declaration of Steven R. Hansen, dated September 2, 2011 filed concurrently herewith.

12. The Ultra can be operated in a "user" mode and a "service" mode. In Exhibit A to Shpis. 2nd Rog 10 Resp., Mr. Shpisman identifies a graphical user interface ("GUI") which he says was generated from ETEC 1530 in user mode. This is the 2009 era Ultra control software source code. In Exhibit B to the same interrogatory response, Shpisman identifies Ultra service mode GUI screen shots which he says were generated from ETEC 1527 in service mode. This is the February 2011 Ultra control software source code.

//
//
//
//
//
//
//

1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed on the __1__ day of September 2011 at Gardena, California.
5
6  _____
7  Alexandr ("Sasha") Shkolnik

# EXHIBIT A

# EXHIBIT A



FIG. 1A

# EXHIBIT B
# FILED UNDER SEAL

CD-ROM