LEE TRAN & LIANG APLC
 Steven R. Hansen (Bar No. 198401)
 Enoch H. Liang (Bar No. 212324)
 Daphne P. Hsu (Bar No. 247256)
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
E-mail: srh@ltlcounsel.com; ehl@ltlcounsel.com

Attorneys for Defendant/Counterclaim Plaintiff
Envisiontec, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SHPISMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENVISIONTEC GmbH, an entity of unknown origin, ENVISIONTEC, INC., a Michigan corporation.<br><br>　　　　Defendant.<br><br>ENVISIONTEC, INC., a Michigan corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>ALEX SHPISMAN, an individual,<br><br>　　　　Counterclaim Defendant | Case No. CV10 8335 R (PJWx)<br><br>**DECLARATION OF ALI EL-SIBLANI IN SUPPORT OF DEFENDANT/ COUNTERCLAIM PLAINTIFF ENVISIONTEC, INC.'S MOTION FOR SUMMARY JUDGMENT OF ITS COUNTERCLAIM COUNTS, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE: October 3, 2011<br>TIME: 10:00 a.m.<br>CTRM: 8<br><br>**Hon. Manuel L. Real**<br><br>Action Filed: November 3, 2010<br>First Amended Complaint Filed: December 22, 2010 |

I, Ali El-Siblani, declare:

1. I am Chief Executive Officer of Envisiontec, Inc. ("Envisiontec"), a named defendant in the above-captioned lawsuit. I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently thereto and under oath.

2. Envisiontec hired Alex Shpisman for computer-related work, including assembling computers, installing and troubleshooting software, and doing test-builds. Eventually, Envisiontec modified his duties to include computer programming. Mr. Shpisman was supervised by Alexandr ("Sasha") Shkolnik, who is currently the Chief Technical Officer of Envisiontec.

3. In 2009, Mr. Shkolnik informed me of Mr. Shpisman's continued aggressive and argumentative behavior and that as a result of this behavior, one of Envisiontec's employees, Vandam Ngo, had threatened to quit the company. Mr. Shkolnik recommended that Envisiontec terminate Mr. Shpisman because of this behavior, and I agreed. I instructed Mr. Shkolnik to notify Mr. Shpisman of his termination.

4. Mr. Shkolnik notified Mr. Shpisman of his termination and provided him two weeks notice, which is standard for Envisiontec. Shortly thereafter, I spoke with Mr. Shpisman, and he requested an additional two weeks in order to find another job. I told Mr. Shpisman that he could remain working for the two additional weeks, and I instructed him not to remove any property or take or delete any computer code from the company as it belonged to the company. He indicated that he understood and agreed.

5. After Mr. Shpisman's departure from Envisiontec, I learned from Mr. Shkolnik that Mr. Shpisman had deleted the latest version of the Ultra control software source code that Mr. Shpisman developed for Envisiontec's prototype Ultra machine. I also learned that Mr. Shpisman had left behind

one or more out-of-date versions of the Ultra control software source code. Envisiontec had the ability to contract with Envisiontec GmbH for the use of its programmers and considered having them attempt to modify the source code that Mr. Shpisman left behind so it included the features of the most recent version that he had deleted. However, the Envisiontec GmbH programmers were more adept at programming in the C++ language than in the C# language used by Mr. Shpisman. In addition, it was my understanding that Mr. Shpisman provided few comments in his code to guide the Envisiontec GmbH programmers in restoring the code to its most recent form. As a result, I decided that it would be more cost-effective to rewrite the software in C++ and authorized Mr. Shkolnik to retain the services of the Envisiontec GmbH programmers to rewrite the Ultra control software source code.

6. Envisiontec retained Envisiontec GmbH programmers Hilko Weigelt and Joerg Wleklik to rewrite the Ultra control software in C++. Envisiontec paid Envisiontec GmbH 50 Euros/hour for their services. Additionally, Mr. Weigelt was required to travel from Germany to the Los Angeles area to coordinate his efforts with Mr. Shkolnik and to test his C++ software on Envisiontec's Ultra machines. Envisiontec paid for his travel expenses.

7. Attached as Exhibit A are true and correct copies of invoices submitted by Envisiotnec GmbH to Envisiontec for travel expenses and software development time. The total amount charged by Envisiontec GmbH for these items comes to 20,563 Euros.

8. Envisiontec and Envisiontec GmbH frequently issue invoices and invoice credits to one another in exchange for services or goods they provide to one another. In 2009 and 2010, Envisiontec issued invoice credits to Envisiontec GmbH to pay the invoices of Exhibit A. The invoice

credits are reflected in Exhibit B, which includes true and correct copies of Envisiontec's bill history for the credits. The credits are in Euros but appear next to a dollar sign ("$") due to a limitation in the company's accounting software.

9. Attached as Exhibit C is a chart that summarizes the invoices attached as Exhibit A. It includes the amount due for each software development invoice in US dollars based on the dollar exchange rate and the hours worked. It also includes the amount due for the travel expense invoice in US dollars based on the dollar exchange rate. As shown in Exhibit C, the total amount due for software development and related travel expenses is $28,769.79.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the ___ day of September 2011 at Gladbeck, Germany.

Ali El-Siblani

# EXHIBIT A

Envisiontec GmbH
Brüsseler Str. 51
D-45968 Gladbeck
Fon : +49 2043 9875 - 0
Fax : +49 2043 9875 - 99
info@envisiontec.de
www.envisiontec.de

Geschäftsführer :
Ali El-Siblani,
Martin Forth (Interim)



ENVISIONTEC GmbH • Brüsseler Str. 51 • 45968 Gladbeck • Germany

Envisiontec Inc
Attn: Mr. Ali Siblani
1100 Hilton Road
Ferndale, MI 48220
USA

## INVOICE

| | |
|---|---|
| **Ref No.** | 40905290019 |
| **Project** | |
| **Your ref.** | Ingrid Hanny |
| **Cust.No./ILN** | 10501 |
| **Address No.** | 103273 |
| **Date** | 29 May 2009 |

**software development**

| Pos. | Quantity | Unit | Article-No. / Description | Price € | Amount € |
|---|---|---|---|---|---|
| 1 | 87 | Hour | software development | 50.00 | 4,350.00 |
| | | | developing the stand alone software for using the scanner on the Ultra to generate the projector calibration file to correct for geometric distortion of the image projected | | |
| | | | done by Jörg Wleklik | | |
| **Subtotal** | 4,350.00 | | | | |

| | | | |
|---|---|---|---|
| | | Sum | 4,350.00 € |
| Tax-Free Third-Country-Trade | | Tax | 0.00 € |
| **Terms of payment** | | **Total amount** | **4,350.00 €** |
| On account | within | 30 Days without discount | |

Our **standard terms of business** apply and may be viewed on our business premises or, upon request, sent to you.

Account Details
Account Holder: Envisiontec GmbH
Account No:
Bank ID Code:
Bank: Commerzbank Dorsten
IBAN electronical:
IBAN paper format:
SWIFT code:

Bank Details:
Commerzbank AG, Essener Str. 19, D-46282 Dorsten, Germany



EXHIBIT A
PG. 000004

Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.: HR B 7173
Amtsgericht Gelsenkirchen
Steuer-Nr. :
UST-ID-Nr.:
Commerzbank Dorsten
BLZ:
Konto:

CONFIDENTIAL
ETEC 003332

Envisiontec GmbH
Brüsseler Str. 51
D-45968 Gladbeck
Fon : +49 2043 9875 - 0
Fax : +49 2043 9875 - 99
info@envisiontec.de
www.envisiontec.de

Geschäftsführer :
Ali El-Siblani,
Martin Forth (Interim)



ENVISIONTEC GmbH • Brüsseler Str. 51 • 45968 Gladbeck • Germany

Envisiontec Inc
Attn: Mr. Ali Siblani
1100 Hilton Road
Ferndale, MI 48220
USA

## INVOICE

| | |
|---|---|
| **Ref No.** | 40906300022 |
| **Project** | |
| **Your ref.** | Ingrid Hanny |
| **Cust.No./ILN** | 10501 |
| **Address No.** | 103273 |
| **Date** | 30 June 2009 |

**software development**

additional invoice  40905290019.

| Pos. | Quantity Unit | Article-No. / Description | Price € | Amount € |
|---|---|---|---|---|
| 1 | 97 Hour | software development | 50.00 | 4,850.00 |
| | | for development of brand new original source code for ULTRA control | | |
| | | This includes:<br>- setup software design structure"<br>- design of interactive screen layout<br>- design control parameters, log, debugging modes<br>- integration of RS232 commands for dell projector calibration and initialization | | |
| | | Generation of a new compensation mask tool utilizing the Perfactory cubic spline algorithm for interpolation and Integration into new ULTRA control source code | | |
| **Subtotal** | | 4,850.00 | | |

|  |  |  |
|---|---|---|
| | Sum | 4,850.00 € |
| Tax-Free Third-Country-Trade | Tax | 0.00 € |
| | **Total amount** | **4,850.00 €** |

**Terms of payment**
**On account**                                within   **30 Days** without discount

Our **standard terms of business** apply and may be viewed on our business premises or, upon request, sent to you.


Account Details
Account Holder: Envisiontec GmbH
Account No:
Bank ID Code:
Bank: Commerzbank Dorsten
IBAN electronical:

.../2

Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.:
Amtsgericht Gelsenkirchen
Steuer-Nr. :
UST-ID-Nr.:
Commerzbank Dorsten
BLZ:
Konto:



EXHIBIT A
PG. 000005

CONFIDENTIAL
ETEC 003329

INVOICE  No. 40906300022, Page 2                                    30 June 2009

IBAN paper format: ███████████████████
SWIFT code: ██████████

Bank Details:
Commerzbank AG, Essener Str. 19, D-46282 Dorsten, Germany



EXHIBIT A                                    CONFIDENTIAL
PG. 000006                                   ETEC 003330

Envisiontec GmbH
Brüsseler Str. 51
D-45968 Gladbeck
Fon : +49 2043 9875 - 0
Fax : +49 2043 9875 - 99
info@envisiontec.de
www.envisiontec.de

Geschäftsführer :
Ali El-Siblani,
Martin Forth (Interim)



ENVISIONTEC GmbH • Brüsseler Str. 51 • 45968 Gladbeck • Germany

Envisiontec Inc
Attn: Mr. Ali Siblani
1100 Hilton Road
Ferndale, MI 48220
USA

## INVOICE

| | |
|---|---|
| **Ref No.** | 40908310015 |
| **Project** | |
| **Your ref.** | Ingrid Hanny |
| **Cust.No./ILN** | 10501 |
| **Address No.** | 103273 |
| **Date** | 31 August 2009 |

**software development**

additional invoice  41007300042.

| Pos. | Quantity Unit | Article-No. / Description | Price € | Amount € |
|---|---|---|---|---|
| 1 | 56 Hour | software development<br>Debug and develop the new C++ source Code for ULTRA control | 50.00 | 2,800.00 |
| 2 | 68 Hour | software development<br>Debug and develop the Xede/Xtreme control for stability and correct geometric correction | 50.00 | 3,400.00 |
| **Subtotal** | 6,200.00 | | | |

| | | | |
|---|---|---|---|
| | | Sum | 6,200.00 € |
| | Tax-Free Third-Country-Trade | Tax | 0.00 € |
| **Terms of payment** | | **Total amount** | **6,200.00 €** |
| On account | within  **30 Days** without discount | | |

Our **standard terms of business** apply and may be viewed on our business premises or, upon request, sent to you.

Account Details
Account Holder: Envisiontec GmbH
Account No:
Bank ID Code:
Bank: Commerzbank Dorsten
IBAN electronical:
IBAN paper format:
SWIFT code:

Bank Details:
Commerzbank AG, Essener Str. 19, D-46282 Dorsten, Germany



EXHIBIT A
PG. 000007

Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.:
Amtsgericht Gelsenkirchen
Steuer-Nr. :
UST-ID-Nr.:
Commerzbank Dorsten
BLZ:
Konto:

CONFIDENTIAL
ETEC 003335

Envisiontec GmbH
Brüsseler Str. 51
D-45968 Gladbeck
Fon : +49 2043 9875 - 0
Fax : +49 2043 9875 - 99
info@envisiontec.de
www.envisiontec.de

Geschäftsführer :
Ali El-Siblani,
Martin Forth (Interim)



ENVISIONTEC GmbH • Brüsseler Str. 51 • 45968 Gladbeck • Germany

Envisiontec Inc
1100 Hilton Road
Ferndale, MI 48220
USA

## INVOICE

| | |
|---|---|
| **Ref No.** | 40909010027 |
| **Project** | |
| **Your ref.** | |
| **Cust.No./ILN** | 10501 |
| **Address No.** | 103273 |
| **Date** | 1 September 2009 |

**Travelexpenses July - August 2009**

| Pos. | Quantity Unit | Article-No. / Description | Price € | Amount € |
|---|---|---|---|---|
| 1 | 1 PCE | L-SV-EXPENSES<br>Reisekosten / Travel Expenses<br>Hilko Weigelt<br>Trip to LA from 23.07.2009 till 30.08.2009 | 1,962.74 | 1,962.74 |
| **Subtotal** | 1,962.74 | | | |

| | | |
|---|---|---|
| | Sum | 1,962.74 € |
| Tax-Free Third-Country-Trade | Tax | 0.00 € |
| **Terms of payment** | Total amount | **1,962.74 €** |
| On account | within **30 Days** without discount | |

Our **standard terms of business** apply and may be viewed on our business premises or, upon request, sent to you.

Account Details
Account Holder: Envisiontec GmbH
Account No:
Bank ID Code:
Bank: Commerzbank Dorsten
IBAN electronical:
IBAN paper format:
SWIFT code:

Bank Details:
Commerzbank AG, Essener Str. 19, D-46282 Dorsten, Germany



EXHIBIT A
PG. 000008

Sitz der Gesellschaft: Gladbeck
Handelsregister-Nr.:
Amtsgericht Gelsenkirchen
Steuer-Nr. :
UST-ID-Nr.:
Commerzbank Dorsten
BLZ:

CONFIDENTIAL
ETEC 003331

Envisiontec GmbH  
Brüsseler Str. 51  
D-45968 Gladbeck  
Fon : +49 2043 9875 - 0  
Fax : +49 2043 9875 - 99  
info@envisiontec.de  
www.envisiontec.de  

Geschäftsführer :  
Ali El-Siblani,  
Martin Forth (Interim)



ENVISIONTEC GmbH • Brüsseler Str. 51 • 45968 Gladbeck • Germany

Envisiontec Inc  
Attn: Mr. Ali Siblani  
1100 Hilton Road  
Ferndale, MI 48220  
USA

## INVOICE

| | |
|---|---|
| **Ref No.** | 41007300042 |
| **Project** | |
| **Your ref.** | Ingrid Hanny |
| **Cust.No./ILN** | 10501 |
| **Address No.** | 103273 |
| **Date** | 30 July 2010 |

### software development

additional invoice  40906300022.

| Pos. | Quantity Unit | Article-No. / Description | Price € | Amount € |
|---|---|---|---|---|
| 1 | 64 Hour | software development | 50.00 | 3,200.00 |
| | | Debugging and testing of new ULTRA control software for ULTRA utilizing the additional Dell projector RS232 commands for a more stable initialization procedure. | | |
| | | Forced initialization of projector (56 hours). Integration of Scanner calibration procedure designed by Joerg Wleklik to compensate for geometric correction (8 hours) to replace completely the camera calibration concept that was considered in earlier version but did not work due to instability of the calibration procedure and effect of ambient light on camera and movement of the camera during shipment or vibration which changes the camera angle causing faulty geometric corrections | | |
| **Subtotal** | | 3,200.00 | | |

| | | |
|---|---|---|
| | Sum | 3,200.00 € |
| Tax-Free Third-Country-Trade | Tax | 0.00 € |
| | **Total amount** | **3,200.00 €** |

**Terms of payment**  
On account                              within  **30 Days** without discount

Our **standard terms of business** apply and may be viewed on our business premises or, upon request, sent to you.

Account Details  
Account Holder: Envisiontec GmbH  
Account No:  
Bank ID Code:  
Bank: Commerzbank Dorsten  
IBAN electronical:  
IBAN paper format:  
SWIFT code:

.../2

Sitz der Gesellschaft: Gladbeck  
Handelsregister-Nr.:  
Amtsgericht Gelsenkirchen  
Steuer-Nr. :  
UST-ID-Nr.:  
Commerzbank Dorsten  
BLZ:  
Konto:



EXHIBIT A  
PG. 000009

CONFIDENTIAL  
ETEC 003336

INVOICE  No. 41007300042, Page 2                                                                                30 July 2010

Bank Details:
Commerzbank AG, Essener Str. 19, D-46282 Dorsten, Germany



CONFIDENTIAL
ETEC 003337

# EXHIBIT B

Bill Credit History                                             8/24/2011 3:36 PM

Vendor       Envisiontec GmbH
Credit Date  12/31/2009
Bill No.     Inv10282                      Credit Total      $9,200.00
Memo         Inv10282

Bills Credited

| Type | Date | Number | Amount | Credit Balance |
|---|---|---|---|---|
| Bill | 06/03/2009 | 40905290019 | -$4,350.00 | $4,850.00 |
| Bill | 07/06/2009 | 40906300022 | -$4,850.00 | $0.00 |

Page 1

Bill Credit History                                                8/24/2011 3:30 PM

Vendor      Envisiontec GmbH
Credit Date 12/31/2009
Bill No.    Inv11052                          Credit Total    $8,162.74
Memo        Inv11052

Bills Credited

| Type | Date       | Number      | Amount      | Credit Balance |
|------|------------|-------------|-------------|----------------|
| Bill | 09/01/2009 | 40908310015 | -$6,200.00  | $1,962.74      |
| Bill | 09/07/2009 | 40909010027 | -$1,962.74  | $0.00          |

Page 1

CONFIDENTIAL
ETEC 003375

Bill History                               8/29/2011 3:34 PM

| | | | | |
|---|---|---|---|---|
| **Vendor** | Envisiontec GmbH | | | |
| **Date Received** | 07/30/2010 | **Bill Due** | 08/29/2010 | |
| **Bill No.** | 41007300042 | **Bill Amount** | $3,200.00 | |
| **Memo** | 41007300042 | | | |

**Payments and Credits**

| Type | Date | Number | Amount | Bill Balance |
|---|---|---|---|---|
| Credit | 03/25/2010 | 41003250018 | -$3,200.00 | $0.00 |

Page 1

EXHIBIT B
PG. 000013

CONFIDENTIAL
ETEC 003469

# EXHIBIT C

## Software Development Costs

**Invoices dated May 29, 2009 through July 30, 2010**

| **Software Development Expenses** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Document** | **Invoice No.** | **Date** | **Rate (Euros)** | **Exchange Rate**[1] | **Rate (USD)** | **Hours** | **Amount (USD)** |
| ETEC 003332 | 40905290019 | 5/29/2009 | € 50 | 1.4043 | $ 70.22 | 87 | $ 6,108.71 |
| ETEC 003329 | 40906300022 | 6/30/2009 | € 50 | 1.4047 | $ 70.24 | 97 | $ 6,812.80 |
| ETEC 003335 | 40908310015 | 8/31/2009 | € 50 | 1.4303 | $ 71.52 | 56 | $ 4,004.84 |
| ETEC 003335 | 40908310015 | 8/31/2009 | € 50 | 1.4303 | $ 71.52 | 68 | $ 4,863.02 |
| ETEC 003336 | 41007300042 | 7/30/2010 | € 50 | 1.3041 | $ 65.21 | 64 | $ 4,173.12 |
| | | | | | | Total | Total |
| | | | | | | 372 | $ 25,962.48 |

| **Related Travel Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| **Document** | **Invoice No.** | **Date** | **Rate (Euros)** | **Exchange Rate**[1] | **Rate (USD)** | **Amount (USD)** |
| ETEC 003331 | 40909010027 | 9/1/2009 | € 1,963 | 1.4303 | $ 2,807.31 | $ 2,807.31 |

**Total Expenses**
**$28,769.79**

---

*May not foot due to rounding

[1] Euro – Dollar exchange rates accessed at http://www.oanda.com/currency/historical-rates/ on July 21, 2011

EXHIBIT C
PG. 000014