JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SHPISMAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ENVISIONTEC GmbH, an entity of unknown origin, ENVISIONTEC, INC., a Michigan corporation.<br>　　　　　　Defendant.<br><br>ENVISIONTEC, INC., a Michigan corporation,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>ALEX SHIPISMAN, an individual,<br><br>　　　　　　Counterclaim Defendant. | Case No. CV10 8355 R (PJWx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 3, 2010<br>First Amended Complaint filed: December 22, 2010 |

　　This Court has considered the Stipulation of Dismissal with Prejudice of Defendant Envisiontec, Inc. and Counterclaim Defendant Alex Shipsman. The Court

- 1 -

[PROPOSED] ORDER

hereby dismisses the action with prejudice.

**IT IS SO ORDERED.**

DATE: September 15, 2011  _____

Hon. Manuel L. Real

United States District Judge