JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SHPISMAN, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>ENVISIONTEC GmbH, an entity of unknown origin, ENVISIONTEC, INC., a Michigan corporation.<br>          Defendant. | Case No. CV10 8355 R (PJWx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 3, 2010<br>First Amended Complaint filed: December 22, 2010 |
| ENVISIONTEC, INC., a Michigan corporation,<br><br>          Counterclaim Plaintiff,<br><br>   v.<br><br>ALEX SHIPISMAN, an individual,<br><br>          Counterclaim Defendant. | |

This Court has considered the Stipulation of Dismissal with Prejudice of

Defendant Envisiontec, Inc. and Counterclaim Defendant Alex Shipsman. The Court

hereby dismisses the action with prejudice.

**IT IS SO ORDERED.**

DATE:  September 15, 2011          _____

                                                Hon. Manuel L. Real

                                                United States District Judge